DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
WILLIAM J. BITTNER, ESQ., SB No. 292056
  Email: wbittner@akk-law.com
MATTHEW B. GRACE, ESQ., SB No. 262503
  Email: mgrace@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants OFFICERS MCPHERSON, KWAN, FINKES, KELLY AND HUPPERT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKARI ALLEN, | ) Case No.: 2:24-CV-01994-DJC-AC |
| | ) |
| Plaintiff, | ) **STIPULATION AND REQUEST TO** |
| | ) **MODIFY PRETRIAL SCHEDULING** |
| vs. | ) **ORDER AS TO FACT DISCOVERY** |
| | ) **ONLY; ORDER** |
| CITY OF ELK GROVE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

///

///

---

-1-
STIPULATION AND REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER AS TO
FACT DISCOVERY ONLY; ORDER

On October 15, 2025, the Court issued a Scheduling Order that set the close of fact discovery at September 25, 2026. ECF No. 28. Due to scheduling conflicts, the parties hereby stipulate to and request that the Court modify the Scheduling Order as to this deadline only such that fact discovery closes on **December 4, 2026**. This will not impact any other deadlines set by the Court and the parties do not seek to modify any other deadlines at this time.

**SO STIPULATED.**

Dated: February 25, 2026                    ANGELO, KILDAY & KILDUFF, LLP

                                            */s/ Derick E. Konz*
                                            By:_____
                                                DERICK E. KONZ
                                                WILLIAM J. BITTNER
                                                MATTHEW B. GRACE
                                                Attorneys for Defendants OFFICERS
                                                MCPHERSON, KWAN, FINKES,
                                                KELLY and HUPPERT

Dated: February 24, 2026                    BURRIS, NISENBAUM, CURRY & LACY

                                            */s/ Katherine MacElhiney* (auth. on 6/29/26)
                                            By:_____
                                                JOHN L. BURRIS
                                                KATHERINE MACELHINEY
                                                CHRISTOPHER A. DEAN
                                                Attorneys for Plaintiff DAKARI ALLEN

-2-
STIPULATION AND REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER AS TO
FACT DISCOVERY ONLY; ORDER

**ORDER**

Good cause appearing and upon stipulation of the parties, the Scheduling Order (ECF No. 28) is hereby modified as follows:  All fact discovery must be completed by **December 4, 2026**.

**SO ORDERED.**

Dated:    06/29/2026        /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

-3-
STIPULATION AND REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER AS TO
FACT DISCOVERY ONLY; ORDER