JOHN L. BURRIS Esq., (BAR NO. 69888)
KATHERINE MACELHINEY, Esq., (BAR NO. 355532)
CHRISTOPHER A. DEAN, Esq., (BAR NO. 550322)
**BURRIS NISENBAUM CURRY & LACY, LLP**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@bncllaw.com
katherine@bncllaw.com
Chris.Dean@bncllaw.com
*Attorneys for Plaintiff DAKARAI ALLEN*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAKARAI ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ELK GROVE, et al.,<br><br>Defendants. | Case No.: 2:24-CV-01994-DJC-AC<br><br>**JOINT STIPULATION AND REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER** |

WHEREAS, on October 15, 2025, the Court issued a Scheduling Order that set the close of fact discovery on September 25, 2026. ECF No. 28.

WHEREAS, on June 30, 2026, the Court entered an Order granting the Parties' Stipulation and Request to Modify the Pretrial Scheduling Order solely with respect to the fact discovery deadline, thereby extending the close of fact discovery to December 4, 2026. ECF No. 33.

WHEREAS, due to scheduling conflicts, coordination challenges, and availability of expert witnesses, the Parties, acting in good faith, stipulate to and respectfully request that the

Court further modify the Pretrial Scheduling Order by extending all remaining pretrial deadlines, excluding the previously extended fact discovery deadline, by an additional sixty (60) days, as set forth below:

| **Deadline:** | **Current Schedule:** | **Proposed Schedule:** |
|---|---|---|
| **Close of Fact Discovery** | December 4, 2026 | December 4, 2026 |
| **Expert Disclosures and Initial Reports** | October 23, 2026 | December 22, 2026 |
| **Rebuttal Expert Disclosures** | November 19, 2026 | January 18, 2027 |
| **Close of Expert Discovery** | December 18, 2026 | February 16, 2027 |
| **Dispositive Motions Deadline** | February 27, 2027 | April 28, 2027 |
| **Dispositive Motion Hearing** | April 15, 2027 at 1:30 p.m. | June 17, 2027 at 1:30 p.m. |
| **Joint Pretrial Statement** | July 30, 2027 | September 28, 2027 |
| **Final Pretrial Conference** | August 5, 2027 at 1:30 p.m. | October 7, 2027 at 1:30 p.m. |
| **Trial** | September 27, 2027 – October 5, 2027, 8:30 a.m. | December 6, – 14, 2027, 8:30 a.m. |

**SO STIPULATED.**

Dated: October 21, 2026

JOHN BURRIS, NISENBAUM, & CURRY

By: <u>/s/ *Katherine MacElhiney, Esq.*</u>
JOHN L. BURRIS
KATHERINE MACELHINEY
CHRISTOPHER A. DEAN
Attorneys for Plaintiff DAKARAI ALLEN

Dated: October 21, 2026

ANGELO, KILDAY & KILDUFF, LLP

By: /s/ *Matthew B. Grace, Esq.*

DERICK E. KONZ
WILLIAM J. BITTNER
MATTHEW B. GRACE
Attorneys for Defendants OFFICERS MCPHERSON, KWAN, FINKES, KELLY and HUPPERT

///

///

///

///

///

///

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing, the Scheduling Order (ECF No. 28) is hereby modified as follows:

**Close of Fact Discovery: December 4, 2026**

**Expert Disclosures and Initial Reports: December 18, 2026**

**Rebuttal Expert Disclosures: January 19, 2027**

**Close of Expert Discovery: February 18, 2027**

**Dispositive Motions Deadline: April 27, 2027**

**Hearing on Dispositive Motions: June 24, 2027 at 1:30 p.m.**

**Joint Pretrial Statement due: October 7, 2027**

**Final Pretrial Conference Date: October 14, 2027 at 1:30 p.m.**

**Trial: Trial: December 6, 2027, at 8:30 a.m.**

**SO ORDERED.**

Dated: October 21, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE